```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 22591
   EMELITA DITAN DAVIS
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9990


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 06/15/2004 and was confirmed 08/12/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 12/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE C  CURRENT MORTG   11760.00          .00         11760.00
CITIFINANCIAL MORTGAGE C  MORTGAGE ARRE    1500.00          .00          1500.00
CITIMORTGAGE INC          CURRENT MORTG   37596.01          .00         37596.01
CITIMORTGAGE INC          MORTGAGE ARRE    3917.60          .00          3917.60
TOYOTA MOTOR CREDIT       SECURED         23750.00         2026.86      23750.00
TOYOTA MOTOR CREDIT       UNSECURED         548.33          .00           548.33
ADVOCATE HEALTH CARE FED  UNSECURED       NOT FILED         .00              .00
CARSON PIRIE SCOTT        UNSECURED        1651.75          .00          1651.75
CERTEGY                   NOTICE ONLY     NOT FILED         .00              .00
CITIBANK NA               UNSECURED       NOT FILED         .00              .00
CITY OF CHICAGO PARKING   UNSECURED         350.00          .00           350.00
CITY OF CHICAGO REVENUE   UNSECURED       NOT FILED         .00              .00
DISCOVER CARD             UNSECURED       NOT FILED         .00              .00
PDI MANAGEMENT SVC        NOTICE ONLY     NOT FILED         .00              .00
WORLD FINANCIAL NETWORK   UNSECURED         408.25          .00           408.25
FORD MOTOR CREDIT         UNSECURED        8120.50          .00          8120.50
SHERMAN & SHERMAN         NOTICE ONLY     NOT FILED         .00              .00
GREGORIO AGLIPAY MD       UNSECURED       NOT FILED         .00              .00
HEALTHCARE ASSOCIATES C   UNSECURED        2568.81          .00          2568.81
B-FIRST LLC               UNSECURED         974.56          .00           974.56
CLIENT SERVICES           NOTICE ONLY     NOT FILED         .00              .00
HOME DEPOT                NOTICE ONLY     NOT FILED         .00              .00
CAPITOL MANAGEMENT SERVI  NOTICE ONLY     NOT FILED         .00              .00
HOUSEHOLD FINANCIAL SERV  UNSECURED       NOT FILED         .00              .00
WEXLER & WEXLER           NOTICE ONLY     NOT FILED         .00              .00
ROUNDUP FUNDING LLC       UNSECURED        7498.11          .00          7498.11
B-LINE LLC                NOTICE ONLY     NOT FILED         .00              .00
MCI RESIDENTIAL SERVICES  UNSECURED       NOT FILED         .00              .00
MONTGOMERY WARD           UNSECURED       NOT FILED         .00              .00
NATIONAL ENTERPRISE SYST  NOTICE ONLY     NOT FILED         .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED           .00           .00              .00
RETAILERS NATIONAL BANK   UNSECURED         762.25          .00           762.25

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 22591 EMELITA DITAN DAVIS
```

```
MEYER & NJUS              NOTICE ONLY    NOT FILED              .00             .00
SEARS PAYMENT CENTER      UNSECURED      NOT FILED              .00             .00
RESURGENT CAPITAL SERVIC  NOTICE ONLY    NOT FILED              .00             .00
SOUTHEAST ANETHESIA CONS  UNSECURED      NOT FILED              .00             .00
WAL MART STORES INC       UNSECURED      NOT FILED              .00             .00
WEXLER & WEXLER           NOTICE ONLY    NOT FILED              .00             .00
B-FIRST LLC               UNSECURED       1218.61               .00         1218.61
WAL MART STORES INC       UNSECURED      NOT FILED              .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY     2,700.00                         2,700.00
TOM VAUGHN                TRUSTEE                                          6,043.25
DEBTOR REFUND             REFUND                                           1,560.99
```

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 114,955.88

PRIORITY                                           .00
SECURED                                      78,523.61
    INTEREST                                  2,026.86
UNSECURED                                    24,101.17
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                          6,043.25
DEBTOR REFUND                                 1,560.99
                        ---------------     ---------------
TOTALS                  114,955.88           114,955.88

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/27/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 22591 EMELITA DITAN DAVIS